UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TROY P. REGAS,

    Plaintiff,

v.

FREEMONT INVESTMENTS & LOAN; et al.,

    Defendants.

3:10-cv-0366-LRH-VPC

ORDER

Before the court is defendants BAC Home Loans Servicing ("BAC") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") motion to dismiss. Doc. #6.[1] Also before the court is defendants Quality Loan Service Corporation ("QLS"), LSI Title Company, and LSI Title Agency, Inc.'s (collectively "LSI") motion to dismiss. Doc. #12.

On February 1, 2007, Regas purchased real property through a mortgage note and deed of trust originated by defendant Fremont Investment & Loan. Regas defaulted on the mortgage and defendants initiated non-judicial foreclosure proceedings.

On May 5, 2010, Regas filed a complaint against defendants. Doc. #1, Exhibit 1. In response, moving defendants filed the present motions to dismiss. Doc. ##6, 12. Thereafter, Regas filed a motion to file an amended complaint (Doc. #22) which was granted by the court (Doc. #26).

---

[1] Refers to the court's docket entry number.

1  An amended complaint was subsequently filed on August 16, 2010. Doc. #27.

2  The amended complaint supersedes the original complaint in its entirety. Accordingly,
3  moving defendants' motions to dismiss the original complaint are now moot. The court shall deny
4  the motions without prejudice because moving defendants have not yet had the opportunity to
5  respond to the new allegations and claims in the amended complaint.

7  IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #6) is DENIED
8  without prejudice.

9  IT IS FURTHER ORDERED that defendants' motion to dismiss (Doc. #12) is DENIED
10  without prejudice.

11  IT IS SO ORDERED.

12  DATED this 15th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE