J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
SCOTT S. HOFFMANN, ESQ.
STATE BAR NO. 8498
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendant Mortgage
Electronic Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TROY P. REGAS,<br><br>                                   Plaintiff,<br><br>vs.<br><br>FREMONT INVESTMENTS & LOAN, a California corporation; WESTERN NATIONAL TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. [MERS], a Delaware corporation; TICOR TITLE-RENO aka TICOR TITLE OF NEVADA; QUALITY LOAN SERVICE CORP.; WILSHIRE CREDIT CORPORATION; LSI TITLE COMPANY aka LSI TITLE AGENCY INC.; DANA CAPITAL; GREGGORY LAWSON, individually; et al.,<br><br>                                   Defendants. | Case:  3:10-cv-00366-RCJ-VPC<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Amended Complaint on December 14, 2010 [Dkt. 43].

Defendant further requests that the lis pendens currently recorded against the subject property by Plaintiff Troy P. Regas be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about May 5, 2010, in the real property records maintained by the Washoe County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

1. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant record a properly certified copy of this cancellation order in the real property records of Washoe County Recorder within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By _____
UNITED STATES DISTRICT COURT JUDGE
DATED: 07-05-2011

submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
SCOTT S. HOFFMANN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

# EXHIBIT "A"

COPY - has not been compared with the Original Document - WCR

FILE COPY

FILED
2010 MAY -5 PM 2: 27
HOWARD W. CONYERS
D. Jaramillo
BY_____
DEPUTY

Code No. _____
Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 –fax
Attorney for Plaintiff

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

TROY P. REGAS

      Plaintiff,

vs.

FREMONT INVESTMENTS & LOAN, a California Corporation; WESTERN NATIONAL TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. [MERS] a Delaware Corporation; TICOR TITLE-RENO aka TICOR TITLE OF NEVADA; QUALITY LOAN SERVICE CORP; WILSHIRE CREDIT CORPORATION; LSI TITLE COMPANY; LSI TITLE AGENCY INC; DANA CAPITAL; GREGGORY LAWSON, individually; BAC HOME LOAN SERVICING, LP; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.

      Defendants.

CASE NO: CV10 01347

DEPT NO: 4

# 3878342
05/05/2010 03:13:32 PM
Requested By
RICK LAWTON
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00 RPTT: $0.00
Page 1 of 5

CONFORMED COPY

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the

1

5435 Reno Hwy.
P.O. Box 1740
Fallon, Nevada 89406
Ph:: 775-867-5599
FAX: 775-867-2559

RICK LAWTON'S LAW OFFICE

Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property:

8080 TRES ARROYOS CT., SPARKS, NV 89436

> ALL THAT REAL PROPERTY SITUATE IN THE CITY OF SPARKS, COUNTY OF WASHOE, STATE OF NEVADA, DESCRIBED AS FOLLOWS:
>
> LOT 918 OF CIMARRON UNIT NINE, PHASE ONE, ACCORDING TO THE MAP THEREOF NO. 3763, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON OCTOBER 12, 1999 AS DOCUMENT NO. 2388678 OF OFFICIAL RECORDS.

APN: 524-331-09

DATED: This 5th day of May, 2010

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By: _____
RICK LAWTON, Esquire

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document,

_Notice By Plaintiff_
_of Pendency of Action_

Filed in Case No.: _____

☑ Document does not contain the social security number of any person

- OR -

☐ Document contains the social security number of a person as required by:

☐ A specific State or Federal law, wit:

_____
(state specific State or Federal law)

☐ Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: _5/5/10_, ~~2009~~ 2010

_____
Rick Lawton, Esq.
Attorney for: Plaintiff